## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONDA THORINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PRO CUSTOM SOLAR, LLC d/b/a | ) |
| MOMENTUM SOLAR, | ) |
| | ) |
| Defendant. | )    MARCH 24, 2021 |

## DEFENDANT'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO DISMISS

The Defendant, Pro Custom Solar, LLC d/b/a Momentum Solar, pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to stay this litigation or, in the alternative, to dismiss Plaintiff's Complaint against it on the grounds that Plaintiff has inadequately pled her claims pursuant to the standards of *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

A Memorandum of Law in Support of Defendant's motion to stay or, in the alternative, to dismiss Plaintiff's Complaint is filed herewith.

> **THE DEFENDANT,**
> **PRO CUSTOM SOLAR, LLC d/b/a**
> **MOMENTUM SOLAR**
>
> BY: *s/ Thomas N. Lyons*
> Thomas N. Lyons ct26937
> DANAHERLAGNESE, P.C.
> 21 Oak Street, Suite 700
> Hartford, Connecticut 06106
> Telephone: 860.247.3666
> Facsimile: 860.547.1321
> Email: tlyons@danaherlagnese.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Angela K. Troccoli, Esq.
KIMMEL & SILVERMAN, P.C.
30 E. Butler Pike
Ambler, PA 19002
Email: teamkimmel@creditlaw.com

**ATTORNEYS FOR PLAINTIFF**

                                        */s:/ Thomas N. Lyons*
                                        Thomas N. Lyons
                                        (ct 26937)